IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAN BURWELL, #137164,      )
                                    )
        Plaintiff,        )
                                    )
      v.                   )        CASE NO. 2:05-CV-858-MHT
                                    )              [WO]
                                    )
JAMES DELOACH, et al.,      )
                                    )
        Defendants.     )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Dan Burwell ["Burwell"], a state inmate, filed this 42 U.S.C. § 1983 action on September 7, 2005. In this complaint, Burwell challenges a disciplinary lodged against him for consumption of a narcotic during his confinement at the Draper Correctional Facility. The court recently ascertained that Burwell no longer resides at the last address he had provided for service. The order of procedure entered in this case directed Burwell to inform the court immediately of any change in his address. *Order of September 15, 2005 - Court Document No. 4* at 5. In light of the foregoing, the court entered an order requiring that on or before August 3, 2007, Burwell provide the court with his present address. *Order of July 27, 2007 - Court Doc. No. 20.* The court specifically cautioned Burwell that his failure to comply with the directives of this order would result in a recommendation that this case be dismissed. *Id.* The plaintiff has filed nothing in response to the July 27, 2007 order. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to comply with the orders of this court.

It is further

ORDERED that on or before September 4, 2007, the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit

handed down prior to the close of business on September 30, 1981.

DONE, this 20th day of August, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE