IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAN BURWELL, #137164, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv858-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 20, 2007 (doc. no. 21), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court.

DONE, this the 13th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE